UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| SEPTEMBER A. SLONE,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CAUSE NO. 1:19-CV-69 DRL-MGG |

## ORDER

The court has reviewed the findings and recommendation of Magistrate Judge Michael G. Gotsch filed on March 3, 2020. The Magistrate Judge recommended that the court reverse and remand the Social Security Administration Commissioner's decision because the administrative law judge had not developed a full and fair record, particular to certain conditions facing Ms. September Slone. The Commissioner had fourteen days to file any objections. The Commissioner has not objected to the Magistrate Judge's findings and recommendation, so the court now ADOPTS the findings and recommendation in their entirety (ECF 21).

Accordingly, the court REMANDS the Commissioner's decision for further consideration and a full account of limitations from Ms. Slone's physical and mental impairments.

SO ORDERED.

March 18, 2020

*s/ Damon R. Leichty*
Judge, United States District Court